Date signed December 03, 2007



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| In Re: | Case No. 06-12050PM |
|---|---|
| David Kabia, | Chapter 7 |
| Debtor. | |

### MEMORANDUM OF DECISION

Several objections to Proofs of Claim came before the court for hearing on November 29, 2007. In some instances, the court reduced the sum of the claims filed by the Chapter 7 Trustee on behalf of various creditors to the sums stated as owing by the Debtor on his Schedules. The Chapter 7 Trustee filed these claims based on information supplied to her by the creditors; however, the Debtor's objection to the memoranda containing the information was sustained. The court finds as a fact that the listing of the various creditors as disputed was not a filing made in good faith by the Debtor although it must be noted that this scheduling occurred before the entry of the appearance of counsel for the Debtor filing the objections to the Proofs of Claim and he is not to be faulted for this. Finally, the court notes its reliance upon Exhibit No. 3 whereby the Debtor requested payment of his scheduled creditors. Appropriate orders will be entered.

cc:  Keith R. Havens
     Havens and Associates
     2401 Research Blvd., Ste. 308
     Rockville, MD 20850

     Steven H. Greenfeld
     Cohen, Baldinger & Greenfeld, LLC
     7910 Woodmont Ave.
     Suite 760
     Bethesda, MD 20814

David Kabia
4302 Huntchase Drive
Bowie, MD 20720

Janet M. Nesse, Chapter 7 Trustee
Stinson Morrison Hecker, LLP
1150 18th Street, N.W.
Suite 800
Washington, DC 20036

Jamie Dibble
Stinson Morrison Hecker LLP
1150 18th Street, NW
Suite 800
Washington, DC 20036

**End of Memorandum Decision**